IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KEYSHAWN JAMAL D'ANDRE WRIGHT,

     Appellant,

 v.

Case No.  5D21-2928
LT Case No. 2015-CF-00019-A

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed June 21, 2022

3.850 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Keyshawn Jamal D. Wright, Century,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa M. Williams,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, HARRIS and NARDELLA, JJ., concur.